**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

KENNETH JONES,                                                              PLAINTIFF
ADC #141204

v.                                          4:21CV01181-KGB-JTK

TINA MAXWELL, et al.                                                      DEFENDANTS

## ORDER

Plaintiff Kenneth Jones filed a <u>pro</u> <u>se</u> Complaint pursuant to 42 U.S.C. § 1983 against

Arkansas Community Correction ("ACC") and individuals identified as being employed by ACC

in Texarkana, Arkansas.    (Doc. No. 1).    Texarkana is located in Miller County, Arkansas, which

lies in the Western District of Arkansas.

Because of the Defendants named and allegations made, the Court finds that the interests

of justice would be best served by transferring this case to the United States District Court for the

Western District of Arkansas.    <u>See</u> 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE

CASE FILE to the Western District of Arkansas.

IT IS SO ORDERED this 8th day of December, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1]  "The district court of a district in which is filed a case laying venue in the wrong division or
district shall dismiss, or if it be in the interest of justice, transfer such case to any district or
division in which it could have been brought."    <u>Id</u>.